

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00286-CV

| | | |
|---|---|---|
| TAP REALTY, LLC, 62 MAIN STREET, LLC, CENTER FOR AESTHETIC SURGERY, LLC, G & B COLLEYVILLE, LLC AND VILLAGE OWNERS ASSOCIATION, INC., Appellants | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-342154-23) |
| | § | |
| V. | § | September 7, 2023 |
| NEIGHBORHOOD MANAGEMENT, INC., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Justice Brian Walker
       Justice Brian Walker